No. 350. CONTINENTAL LEATHER CO. *v.* LAMPORT & HOLT, LTD. October 17, 1932. Petition for writ of certi-

orari to the Supreme Court of New York denied. *Mr. Neil P. Cullom* for petitioner. *Mr. G. Noyes Slayton* for respondent.